FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

9:12cv204 RC/JKG

Chaves vs Law Librarian Spurlock

NAZARIO CHAVES JR

V

DARRON LANE, BRAD LIVINGSTON EXECUTIVE
DIRECTOR, RICK THALER CID DIRECTOR, DEBBIE
K ERWIN WARDEN, GREGORY H. OLIVER ASSITANT
WARDEN, CHERYL LAWSON, BLAKE LAMB, LT,
STRIBLIN, LVN STEPHEN MARTIN, LVN G. MCGINNIS

CIVIL ACTION NO. 9:12 CV121

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 27 2012

DAVID J MALAND. CLERK
BY_____
DEPUTY

SUPPLEMENTAL COMPLAINT

NAZARIO CHAVES JR FILED THIS COMPLAINT § 1983, HERE NOW
ENTERS HIS ADDITIONAL GRIEVANCES.

1. PLAINTIFF FILED COMPLAINT ON GRIEVANCE # 2013033887,
STEP1.

2. PLAINTIFF FILED A GRIEVANCE REGARDING DARRON LANE'S
HARRASMENTS AND WRONGFULLY CONFINEING PLAINTIFF
IN AD. SEG.

3. PLAINTIFF ALSO FILED THIS GRIEVANCE # 2013037869 STEP1.

4. PLAINTIFF FILED A GRIEVANCE REGARDING THE LAW LIBRARIANS
REFUSAL TO NOTARIZE AN AFFIDAVIT BEFORE OATH.

5. IT IS ORDERED AND SIGNED THIS DAY THE 15TH OF NOVEMBER
2012. TO MAKE THE APPROPRIATIONS FOR THE DAMAGES.

Nazario Chaves Jr

EXEMPT FROM ALL SCREENING CRITERIA 10-29-12

"NO EXCEPTIONS!" 10-26-12
I'M NOT AN EMPLOYEE!

# STEP 1 OFFENDER GRIEVANCE FORM

**Texas Department of Criminal Justice**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: NAZARIO CHAVEZ JR   TDCJ # 01536693

Unit: EA   Housing Assignment: I-1-2B

Unit where incident occurred: EASTHAM

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? LAW LIBRARIAN DIRECTOR SPURLOCK   When? 9-27-12 AND 9-28-12

What was their response? HAVE NOT HEARD A RESPONSE FROM COMPLAINT FILED

What action was taken? NONE THAT HAS BEEN RESPONDED TO.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON 9-27-12 I WAS REFUSED A NOTARY SERVICE
BY A LAW LIBRARIAN SPURLOCK. I HAVE AN ONGOING
INVESTIGATION AND COMPLAINT FILED WITHIN THE
UNITED STATES DISTRICT COURT WHOSE JUDGE IS JUDITH
K. GUTHRIE MAGISTRATE JUDGE FOR THE EASTERN DISTRICT
OF TEXAS LUFKIN DIVISION. I HAVE PLEADINGS AND
COMPLAINT WITH ATTACHMENTS ALONG WITH AFFIDAVIT
THAT WAS TO BE SWORN TO BY AN OFFICIAL OF THIS STATE.
IT IS A DUE PROCESS AND VIOLATION OF THE FOURTEENTH
TITLE OF THE TEXAS CONSTITUTION AND A VIOLATION OF
THE UNITED STATES CONSTITUTION. THESE ARE PRIVILEGES
AND IMMUNITIES THAT SHOULD NOT HAVE ABRIDGED MY
RIGHTS. NAZARIO CHAVEZ JR V DARROW LANE CIVIL ACTION NO
9:11 CV 121 RC

OCT 26 2012

---

CENTRAL GRIEVANCE
OFFICE
ACTUAL NOTICE

Appendix F

**Action Requested to resolve your Complaint.** *FILE AND GIVE NOTICE TO ATTORNEY GENERAL*
*OF THE VIOLATIONS AND THE FAILURE TO COOPERATE WITH A FEDERAL INVESTIGAT*

**Offender Signature:** *Ricardo Chavez NEW* **Date:** *10-4-12*

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1.  Grievable time period has expired.
☐ 2.  Submission in excess of 1 every 7 days.  *
☐ 3.  Originals not submitted.  *
☐ 4.  Inappropriate/Excessive attachments.  *
☐ 5.  No documented attempt at informal resolution.  *
☐ 6.  No requested relief is stated.  *
☐ 7.  Malicious use of vulgar, indecent, or physically threatening language.  *
☐ 8.  The issue presented is not grievable.
☑ 9.  Redundant, Refer to grievance # *2013031667*   **OCT 2 6 2012**
☐ 10.  Illegible/Incomprehensible.  *
☐ 11.  Inappropriate.  *

**UGI Printed Name/Signature:** *Wanda Teltschik*   **OCT 2 6 2012**

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

*EXEMPT FROM ALL*
*SCREENING CRITERIA*
*10-29-12*

### OFFICE USE ONLY

Initial Submission          UGI Initials: *WR*
Grievance #: *2013033869*
Screening Criteria Used: *#9*
Date Recd from Offender:   **OCT 2 6 2012**
Date Returned to Offender:   **OCT 2 6 2012**

**2nd Submission**          UGI Initials: *JM*
Grievance #: *2013033869*
Screening Criteria Used: *#9*
Date Recd from Offender:   **OCT 2 9 2012**
Date Returned to Offender:   **OCT 2 9 2012**

**3rd Submission**          UGI Initials: *JM*
Grievance #: *2013033869*
Screening Criteria Used: *#9*
Date Recd from Offender:   **NOV 1 5 2012**
Date Returned to Offender:   **NOV 1 5 2012**

**I-127 Back** (Revised 11-2010)

Appendix F

**Texas Department of Criminal Justice**

## STEP 1

### OFFENDER
### GRIEVANCE FORM

*[handwritten annotations over form:]* "EXEMPT FROM ALL SCREENING CRITERIA" "NO EXCEPTIONS! 10-2002 + I'M NOT AN EMPLOYEE!"

Offender Name: _VACARIO CHAVEZ JR_  TDCJ # _01575663_

Unit: _TA_  Housing Assignment: _I-1-76_

Unit where incident occurred: _EASTHAM_

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _SGT IN AD SEG AND WARDEN_ When? _09-24-12 - 9:28_

What was their response? _WRITTEN STATEMENTS FOR INTER OFFICE COMMUNICATIONS_

What action was taken? _NONE RETURNED TO A-2-6_

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

ON 9-24-12 I WAS WRONGFULLY CONFINE INTO AD SEG, AND HARRASSED BY OFFICER DARRON LANE I WAS TRANSFERRED FROM K-1 ROW CELL TO AD SEG FOR UNKNOWN REASONS. HE IS UNDER A FEDERAL INVESTIGATION AND IS CURRENTLY BEING PROSECUTED BY ME VACARIO CHAVEZ JR v. DARRON LANE IN CIVIC ACTION NO. 9:11 CV:121. HE HAS VIOLATED STATE LAWS AND FEDERAL LAWS BY MAKING CONTACT DURING AN INVESTIGATION AND COURT PROCEEDING. HE SHOULD NOT BE WORKING DURING THIS PROCEEDING AND SHOULD NOT BE MAKING ANY HARRASSING CONTACTS OR STATEMENTS. I SPENT 9 DAYS IN AD SEG FOR UNKNOWN REASONS. IT IS A DUE PROCESS OF LAW TO KNOW THE REASONS OF CONFINEMENT AND A VIOLATION OF THE FOURTEENTH TITLE OF THE STATE OF TEXAS AND OF THE CONSTITUTIONAL LAWS "IT ABRIDGES THE PRIVILEGES AND OR IMMUNITIES GAINED FROM THE FILING OF CIVIL ACTION NO. 9:11 CV:121 IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS LUFKIN DIVISION."

OCT 26 2012

---

I-127 Front (Revised 11-2010)  **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**  (OVER)

Appendix F

**Action Requested to resolve your Complaint.** _FILE_ _WAND NOTIFY THE VIOLATIONS_
_FILE WITH HIS ATTORNEY GENERAL AND_
_SHOW THE HARRASSEMENTS THAT HAVE BEEN MADE AND UNLAWFUL CONTRABAND_
**Offender Signature:** _Seymond Chaney_ _NC 2696_     **Date:** _10-4-12_

**Grievance Response:**

**Signature Authority:** _____     **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *  _TBGood_
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

_DENY FROM ALL SCREENING CRITERIA 10-29-12_

**UGI Printed Name/Signature:** _TBGood_ **OCT 2 6 2012**

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

Appendix F

**OFFICE USE ONLY**
Initial Submission     UGI Initials: _TR_
Grievance #: _2013033887_
Screening Criteria Used: _#2_
Date Rec'd from Offender: **OCT 2 6 2012**
Date Returned to Offender: **OCT 2 6 2012**
2nd Submission     UGI Initials: _TR_
Grievance #: _2013033887_
Screening Criteria Used: _#2_
Date Rec'd from Offender: **OCT 2 9 2012**
Date Returned to Offender: **OCT 2 9 2012**
3rd Submission     UGI Initials: _TR_
Grievance #: _2013033887_
Screening Criteria Used: _#2_
Date Rec'd from Offender: **NOV 1 5 2012**
Date Returned to Offender: **NOV 1 5 2012**

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

~~REQUEST~~ JEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO TH**
**PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administratio Building)*

6. ☐ *Parole requirements and related information (Unit Par Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, in mation on parole eligibility, discharge date, detainers-l Administration)*

8. ☐ *Personal Interview with a representative of an out agency (Treatment Division, Administration Building)*

TO: WARDEN ERWIN                              DATE: 10-31-12
(Name and title of official)

ADDRESS: 2665 PRISON RD / LOVELADY, TX 75851

CT:  *State briefly the problem on which you desire assistance.*

THE FOLLOWING GRIEVANCES ARE EXEMPT

FROM THE SCREENING CRITERIA CHECKED

BY UGI GRIEVANCE INVESTIGATOR, THE UGI

GRIEVANCE INVESTIGATOR IS REFUSING TO REVIEW, I AM
ENTITLED TO ALL REMEDIES IN POLICY # OP. 03.82 MANAGEMENT OF OFFENDER
GRIEVANCES:

Name:  NACHRO CHAGRIN JR          No: 01539693          Unit:  EA

Living Quarters:  I - L - 2B          Work Assignment:  MED S&4

DISPOSITION: (Inmate will not write in this space)   Grievances are processed in accordance
with grievance policy.

NOV 0 7 2012

☆I-60 (Rev. 11-90)

TO: WARDEN ERWIN 10-10-12
2665 PRISON RD/ LOVELADY, TX 75851
RE: #2013033887 , #2013033869, #2013033904

DEAR WARDEN ERWIN,

I TURNED THESE GRIEVANCES IN ON 10-4-12 AND
DID NOT GET A NORMAL RESPONSE. I HAVE TO SAY
THAT I HAVE A COMPLAINT §1983 IN THE UNITED STATES
DISTRICT COURT. THESE GRIEVANCES ARE MARKED
"EMERGENCY GRIEVANCE" BECAUSE OF THE COMPLAINT
THAT WAS MADE AND CAN EFFECT THE OUTCOME OF THE
PROCEEDINGS. THESE COMPLAINTS ARE FURTHER COMPLAINTS
MADE THAT ARE SO RELATED TO THE CHARGES THAT
IT IS A HINDERANCE OF YOUR ADMINISTRATIVE EMPLOYEE'S.
THE JUDGE HAS FURTHER INTEREST IN KNOWING WHAT I
AM BEING DENIED OR HARRASSED ABOUT. YOU HAVE
TO ACCEPT THESE GRIEVANCES AND RESPOND WITH ALL
REMEDIES THAT I AM ENTITLED TO. IT IS ORDERED AND
SIGNED THIS 10TH DAY OF NOVEMBER, 2012.

SINCERELY,

Grievances do not meet criteria for emergency grievances

NOV 1 9 2012

NARANJO CHAVEZ JR
2665 PRISON RD1
LOVELADY, TX 75851

NOVEMBER 15, 2012

DAVID J MALAND
U.S. DISTRICT CLERK
DEBBIE HASCHKE
DEPUTY IN CHARGE
U.S. DISTRICT COURT
104 NORTH THIRD
LUFKIN, TX 75901

RE: COMPLAINT § 1983 CIVIL ACTION NO. 9:11 CV 121

DEAR DISTRICT CLERK,

    ENCLOSED ARE A SUPPLEMENTAL COMPLAINT INCLUDING
GRIEVANCES, COVER LETTER, AND I-60. IT IS TO BE
FILED WITH THE DISTRICT COURT AND MAKE COPIES FOR
THE DEFENDANTS ATTORNEY AND FOR ME TO KEEP. I DO
NOT HAVE ACCESS TO A COPYING MACHINE. THANK YOU.


SINCERELY,

Naranjo Chavez Jr



3632683

HORACIO CHAVEZ JR
EASTHAM PRISON RD/
CLEVELAND, TX 75881
A PRISON UNIT

TDCJ01+989285

DAVID J MALAND
U.S. DISTRICT CLERK
DEBBIE HASCHKE
DEPUTY IN CHARGE
U.S. DISTRICT COURT
104 NORTH THIRD
LUFKIN, TX 75901

EAST TEXAS PRESO
TX 759 1 L
28 NOV 2012 PM